1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8
9   U.A. LOCAL 342 JOINT LABOR-
    MANAGEMENT COMMITTEE, et al.,
10
             Plaintiff,                        No. C 11-2409 PJH
11
        v.                                     **ORDER OF REFERENCE
12                                             TO MAGISTRATE JUDGE**
    ABSOLUTE AIR, INC.,
13
             Defendant.
14  _____/
15          Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a
16  report and recommendation on plaintiffs' motion for default judgment.
17          The parties will be advised of the date, time and place of any appearance by notice
18  from the assigned Magistrate Judge.
19
20  **IT IS SO ORDERED.**
21  Dated:  July 18, 2011
22
23                                             _____
                                               PHYLLIS J. HAMILTON
24                                             United States District Judge
25  cc:  Lili, Assigned M/J
26
27
28