UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.A. LOCAL 342 JOINT
LABOR-MANAGEMENT COMMITTEE,
et al.,

        Plaintiffs,

        v.

ABSOLUTE AIR, INC.,

        Defendant.
_____/

No. C 11-2409 PJH

**ORDER**

It appearing that defendant Absolute Air, Inc., was not served with notice of the clerk's entry of default or plaintiff's motion for default judgment, or, until October 13, 2011, with the report and recommendation re plaintiff's motion for default judgment, the court will allow additional time for the filing of objections to the report and recommendation. Any objections must be filed no later than October 28, 2011.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge