UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.A. LOCAL 342 JOINT LABOR-
MANAGEMENT COMMITTEE, et al.,

    Plaintiffs,

    v.

ABSOLUTE AIR, INC.,

    Defendant.
_____/

No. C 11-2409 PJH

**ORDER**

The above-entitled action, which was previously referred to Magistrate Judge Elizabeth D. Laporte for a report and recommendation re plaintiff's motion for default judgment, is hereby referred to Judge Laporte for further hearing or other action, and a supplemental report and recommendation, in light of defendant's objections to the August 31, 2011 report and recommendation.

**IT IS SO ORDERED.**

Dated: November 7, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge